# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MaryBeth Billet            BK NO. 22-00974 HWV

           Debtor(s)

           Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

           Respectfully submitted,

           /s/ Rebecca Solarz
           Rebecca Solarz
           20 Jul 2022, 10:34:21, EDT

           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           215-627-1322