United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00974-HWV |
| MaryBeth Billet | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 23, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | LEO SALEM CEO, TD BANK, 1701 ROUTE 70 EAST, CHERRY HILL, NJ 08003-2335 |
| + | PATENAUDE & FELIX APC, 2400 ANSYS DRIVE SUITE 402-B, CANONSBURG, PA 15317-0403 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Leah M Stump | on behalf of Debtor 1 MaryBeth Billet lstump@shepleylaw.com |
| Lily Christina Calkins | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com lilychristinacalkins@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MaryBeth Billet
    Debtors.

MaryBeth Billet
    Movant,

v.

TD Bank USA, NA,

    Respondent.

Bankruptcy No.: 01:22-bk-00974-HWV

MOTION TO AVOID LIEN
Docket No: 14

### ORDER ON MOTION TO AVOID JUDICIAL LIEN

Upon consideration of the debtor's motion to avoid judicial lien, it is hereby ORDERED:

1. That the judicial lien of TD Bank, USA, NA, filed at Docket No. 2022-NO-000720, York County Court of Common Pleas, impairs an exemption to which the debtor would otherwise be entitled under 11 U.S.C. §522(d).

2. The subject judicial lien is hereby declared avoided and unenforceable in its entirety against the debtor's residence located at 75 Railroad Avenue, York Haven, Pennsylvania.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 23, 2022